OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

3/25/2015

$ 00.26⁵

02 1R
0006557458     MAR 26 2015
MAILED FROM ZIP CODE 78661

GATSON, TIMOTHY MICHAEL  Tr. Ct. No. W01-41297-V (A)  WR-82,985-02

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the facts are not set out on the prescribed form.

Abel Acosta, Clerk

TIMOTHY MICHAEL GATSON
HUNTSVILLE UNIT - TDC # 1084238
815 12TH STREET                          U TF
HUNTSVILLE, TX  77342